IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: September 9, 2010  
Time: 34 minutes

---

**CASE NO. 10-cv-02182-PAB**

| Parties | Counsel |
|---|---|
| **MARK R. BRINKER,** | Marc Fink |
| | Nathan Schacht |
| Plaintiff (s), | |
| vs. | |
| **CUSTOM AUTO, INC., and** | Without Counsel |
| **RICHARD DAVID CROUSE,** | Pro Se |
| Defendant (s). | |

---

MOTIONS HEARING

---

**11:03 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Verified Motion Order of Immediate Possession Prior to Hearing and For Order Directing the United States' Marshals and/or The Larimer County Sheriff's Department to Assist in Taking Possession Prior to Hearing (Doc #2), filed 9/7/10.**

Page Two
10-cv-02182-PAB
September 9, 2010

**Plaintiff's Verified Motion For A Temporary Order to Preserve Property (Doc #3), filed 9/7/10.**

Mr. Crouse advises that he received notice of this hearing at 8:30 a.m. this morning, and he has not had an opportunity to contact an attorney.

Court advises Mr. Crouse that he cannot represent Custom Auto, Inc. because a corporation cannot be represented by an individual, but can represent himself.

**11:05 a.m.** Argument by Mr. Fink in support of plaintiff's motions and to the irreparable harm the plaintiff will suffer if the motions are not granted. Questions by the Court.

**11:12 a.m.** Comments by Mr. Crouse in response to the Court's questions.

**11:15 a.m.** Further argument by Mr. Fink.

Court states its findings and conclusions.

**ORDERED:** Plaintiff's Verified Motion For A Temporary Order to Preserve Property (Doc #3), filed 9/7/10, is **DENIED.**

Discussion regarding the scheduling of a hearing on Plaintiff's remaining pending motion.

**ORDERED:** Hearing on Plaintiff's Verified Motion Order of Immediate Possession Prior to Hearing and For Order Directing the United States' Marshals and/or The Larimer County Sheriff's Department to Assist in Taking Possession Prior to Hearing is scheduled for **September 20, 2010 at 8:30 a.m.**

**11:37 a.m.** **COURT IN RECESS**

**Total in court time:** 34 minutes

**Hearing concluded**